UNITED STATES DISTRICT COURT　　　　SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| Plaintiff, | ) | |
| | ) | APR **2 9** 2015 |
| v. | ) No. | U. S. DISTRICT COURT |
| | ) | EASTERN DISTRICT OF MO |
| DERYL LAMAR ABRAM, | ) | ST. LOUIS |
| Defendants. | ) | **4:15CR00197 RWS/NAB** |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 15, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**DERYL LAMAR ABRAM,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about July 15, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**DERYL LAMAR ABRAM,**

the Defendant herein, did possess one or more firearms in furtherance of the drug trafficking crime named in Count One.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney